IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00350-WYD

ANDRE J. TWITTY,

     Plaintiff,

v.

ZITA L. WEINSHIENK - USDC Judge(Den),
BOYD N. BOLAND - U.S. Magistrate Judge(Den),
GREGORY C. LANGHAM - (USDC) Clerk (Den),
NFN AUDRA - Clerk (USDC)(Den), Federal Employee,
CHIEF JUDGE TACHA - U.S. Circuit Judge(10th Circuit)(Den), Federal Employee,
LEWIS T. BABCOCK, U.S. Circuit Judge (10th)Den, Federal Employee,
PAUL J. KELLY, U.S. Circuit Judge (10th)(Den), Federal Employee,
NFN MCCONNELL - U.S. Circuit Judge (10th)(Den), Federal Employee,
ELISABETH A. SHUMAKER, Clerk 10th Circuit, 1823 Stout St., Denver, CO 80257,
CHRISTINE VAN CONEY - Staff Attorney, 10th Circuit, 1823 Stout St., Denver, CO
    80257,
DOUGLAS E. CRESSLER - Chief Deputy Clerk, 10th Circuit, 1823 Stout St.,
    Denver, CO 80257,
MIKE MUKASEY, Former U.S. Attorney Gen., U.S.D.O.J., 10th Constitution Ave.
    N.W. Wash. D.C. 20530,
ALBERTO GONZALEZ - Former U.S. Attorney Gen., U.S.D.O.J., 10th Constitution Ave.
    N.W., Wash. D.C. 20530,
HARLEY G. LAPPIN - BOP Dir., 320 First N.W. Wash. D.C. 20534,
HARRELL WATTS - BOP Clerk, 320 First N.W. Wash. D.C. 20534,
MIKE NALLEY - BOP Regional Dir., 400 State St., K.C. KS 66101,
NFN FIELDS - BOP Clerk, 400 State St., K.C. KS 66101,
RONNIE WILEY - Warden FLM, POB 8500, Florence, CO 81226-8500,
NFN FOX- Assoc. Warden FLM, POB 8500, Florence, CO 81226-8500,
UNKNOWN EXECUTIVE ASST. FLM, POB 8500,Florence, CO 81226-8500,
UNKNOWN CAPTAIN FLM, POB 8500, Florence, CO 81226-8500,
M.CHURCH - Capatin FLM, POB 8500, Florence, CO 81226-8500,
D.J. KRIST - SIA FLM, POB 8500, Florence, CO 81226-8500,
ALL UNKNOWN SIS INVESTIGATORES, FLM, POB 8500, Florence, CO 81226-8500,
UNKNOWN MEDICAL FLM, POB 8500, Florence, CO 8126-8500,
DAVID M. LETA - Asst. U.S. Attorney, 1800 (Ste) 75 Spring St. S.W., Atlanta, GA
30301, and
TROY EID, U.S. Attorney, 1225 17th St., Ste. 700, Denver, CO 80202, all in their
    individual capacities,

     Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a Notice of Appeal on May 26, 2009.  The Court has determined that the document is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)  Filing Fee**
   ___   is not submitted

**(B)  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
   ___   is not submitted
   ___   is missing affidavit
   _X_   is missing certified copy of prisoner's trust fund statement for the <u>6-month period immediately preceding this filing</u>
   ___   is missing required financial information
   ___   is missing an original signature by the prisoner
   _X_   is not on proper form (must use the court's current form)
   ___   other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this Order, the court of appeals will be so notified.

Dated: May 29, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge